■ BRIDGET KING, Respondent, v. GEORGE F. LOEHFELM et al., Appellants.— In a negligence action to recover damages for personal injury, the defendants appeal from a judgment of the Supreme Court, Kings County, entered September 18, 1964 after a jury trial, upon a stipulation by the plaintiff consenting to the reduction by the court of the amount of the verdict rendered in her favor. Judgment affirmed, with costs (cf. *Duffy* v. *Owen A. Mandeville, Inc.*, 5 N Y 2d 730; *Starka* v. *Kalenscher*, 21 A D 2d 689). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.